NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTG NETWORKS OF CALIFORNIA, INC., | Case No.: SACV10-01286 DOC (JCx) Judge: Hon. David O. Carter |
| Plaintiff, | |
| v. | **JUDGMENT IN FAVOR OF DEFENDANT CITY OF NEWPORT BEACH** |
| CITY OF NEWPORT BEACH, CALIFORNIA, | |
| Defendant. | |

55364.00003\5784692.1

Judgment in the above-captioned matter is hereby entered in favor of Defendant City of Newport Beach and against Plaintiff NextG Networks of California, Inc. on Plaintiff's cause of action for violation of 47 U.S.C. Section 332(c)(7). Plaintiff shall take nothing on this cause of action. Plaintiff's second cause of action is dismissed for lack of subject matter jurisdiction. Defendant shall recover its costs of suit.

Dated:  February 18, 2011

*/s/ David O. Carter*

Hon. David O. Carter
United States District Judge

55364.00003\5784692.1